IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KOSSI ERIC ADZAYI,            *
       Plaintiff
                              *

v                                         Civil Action No.: DKC-06-1883
                              *

PATRICK TZEUTON,
       Defendant            *
                             ******

## **MEMORANDUM**

The above captioned case was filed by Plaintiff, pro se, on July 19, 2006. In addition to the Complaint, Plaintiff has filed a Motion to Proceed In Forma Pauperis. Paper No. 2. Because he appears to be indigent the Motion shall be granted.

Plaintiff seeks this court's assistance regarding a dispute with his immigration attorney. Plaintiff states that he has paid Defendant over $4,000.00 to represent him in his asylum application, but Defendant has failed to file the appropriate papers on his behalf and has also failed to appear in court with Plaintiff at various hearings. Paper No. 1. The named Defendant resides in Maryland, as does Plaintiff. *Id*.

Plaintiff apparently seeks to invoke the federal question jurisdiction of this court. Plaintiff's claim, sounding in contract and tort law, is based upon state law, not the violation of any federal statute.[1] In short, there is no federal question involved in the controversy described in the Complaint. In the absence of any federal claim, this court would have jurisdiction only where there is diversity of citizenship between Plaintiff and Defendant. 28 U.S.C. § 1332. Because all of the parties are Maryland residents, there is no basis for diversity jurisdiction.

---

[1] Plaintiff is of course free to file the appropriate complaint in the Maryland state courts and to contact the Attorney Grievance Commission for the State of Maryland regarding his claims.

This court is not the proper forum for the instant Complaint and it must be dismissed.  A separate order to follow.


Date:   7/28/06              _____/s/_____
                             DEBORAH K. CHASANOW
                             United States District Judge